CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 195058
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, | Case 5:18-CV-01252-DMG-KK |
| Plaintiff, | **Plaintiff's Application for Default Judgment by Court Against Blue Line Motel/Trailer Park LLC** |
| v. | |
| **Blue Line Motel/Trailer Park LLC,** a California Limited Liability Company; and Does 1-10, | Date:   September 28, 2018<br>Time:   9:30 a.m.<br>Ctrm:   8C |
| Defendants. | |

To Defendant Blue Line Motel/Trailer Park LLC, and the attorneys of record, if any:  Please take notice that on September 28, 2018, at 9:30 a.m., or as soon thereafter as this matter may be heard by this Court located at United States Courthouse, Courtroom 8C, 8th Floor, 350 West 1st Street, Los Angeles, CA, 90012. Plaintiff Samuel Love will present his application for default judgment against defendant Blue Line Motel/Trailer Park LLC. The Clerk has previously entered the default on Blue Line Motel/Trailer Park LLC, on July 26, 2018.

1    At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant Blue Line Motel/Trailer Park LLC, is not minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant Blue Line Motel/Trailer Park LLC, has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages and $4,992.50 in attorney fees and costs as set forth in the attached declaration of Dennis Price and an Order directing the defendant to: provide compliant accessible parking spaces and accessible transaction counter at the property located at or about 950 E. Hobsonway, Blythe, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendant Blue Line Motel/Trailer Park LLC, on August 24, 2018, by first class United States Mail, postage prepaid.

Dated: August 24, 2018        CENTER FOR DISABILITY ACCESS

                              By: /s/ Dennis Price
                              Dennis Price, Esq.
                              Attorneys for Plaintiff